**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>JALEB J HARRISON<br><br>Debtor(s) | Case No. 25-58223-PMB |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Melissa J. Davey, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/23/2025.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 08/21/2025.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,847.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACIMA | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE FEDERAL CU | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| AT & T CORP AKA AT&T BY AIS INFO! | Unsecured | 2,600.00 | 177.89 | 177.89 | 0.00 | 0.00 |
| AT & T CORP AKA AT&T BY AIS INFO! | Unsecured | NA | 1,823.37 | 1,823.37 | 0.00 | 0.00 |
| ATLANTA TITLE LOANS | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANFIELD | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BEST BUY/CBNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 332.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One, N.A., successor by merger to | Unsecured | 536.00 | 536.21 | 536.21 | 0.00 | 0.00 |
| CITIZENS BANK N.A | Unsecured | NA | 641.10 | 641.10 | 0.00 | 0.00 |
| Edfinancial Services L | Unsecured | 1,751.00 | NA | NA | 0.00 | 0.00 |
| Edfinancial Services L | Unsecured | 1,579.00 | NA | NA | 0.00 | 0.00 |
| Edfinancial Services L | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FOX ROTHSCHILD FOR BRENDA POT | Unsecured | 26,000.00 | NA | NA | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVENU | Unsecured | 0.00 | 8.10 | 8.10 | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVENU | Priority | 545.00 | 554.25 | 554.25 | 0.00 | 0.00 |
| Georgia Power | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| GOODSON, SHANA | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 1,168.00 | NA | NA | 0.00 | 0.00 |
| HOLIDAY INN CLUB VACAT | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| I.C. SYSTEM, INC | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | 5,759.58 | 5,759.58 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYST | Unsecured | 1,243.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| KIKOFF LENDING LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KIKOFF LENDING LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MONEYLION INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVY FEDERAL CR UNION | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| NAVY FEDERAL CR UNION | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| NAVY FEDERAL CR UNION | Secured | 250.00 | NA | 250.00 | 0.00 | 0.00 |
| PROGRESS RESIDENTIAL | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| REVVI/MRV BANKS/VT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SELF FINANCIAL/LEAD BA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/NTWK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE/T-MOBILE USA INC BY AIS | Unsecured | 250.00 | 1,075.31 | 1,075.31 | 0.00 | 0.00 |
| TELECOM SELFREPORTED | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| TRANSFORM CREDIT INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UPSTART NETWORK INC/F | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 1,752.00 | 5,111.41 | 5,111.41 | 0.00 | 0.00 |
| WESTLAKE SERVICES LLC | Unsecured | 16,686.00 | 16,686.10 | 16,686.10 | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORPORATION | Unsecured | 2,137.00 | 2,194.15 | 2,194.15 | 0.00 | 0.00 |
| WORLD FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| XFINITY COMCAST | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $250.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$250.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,313.83 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$6,313.83** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$28,253.64** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/10/2025                        By: /s/ Melissa J. Davey
                                                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CHAPTER 13

IN RE:                                )        CASE NO. 25-58223-PMB
JALEB J HARRISON                      )
                                      )
                                      )
DEBTOR                                )

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Final Report and Account using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
THE SEMRAD LAW FIRM, LLC

I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR(S):
JALEB J HARRISON
2245 WISTERIA DR # 338
SNELLVILLE, GA  30078

Dated:  11/10/2025

/s/ Melissa J. Davey
Melissa J. Davey, Chapter 13 Trustee
State Bar No. 206310
Standing Chapter 13 Trustee
233 PEACHTREE STREET NE
SUITE 2250
Atlanta, GA  30303
(678)510-1444

**UST Form 101-13-FR-S (9/1/2009)**