# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re:  Debtor(s)
**Jaleb J Harrison**
2245 Wisteria Dr # 338
Snellville, GA 30078

**xxx−xx−6151**

Case No.: **25−58223−pmb**
Chapter:  **13**
Judge:  **Paul Baisier**

## ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE AND CLOSING ESTATE

It appearing that the case of the above−named Debtor(s) was dismissed by Order of this Court, and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:
1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The estate is closed; and
4. The Clerk shall mail a copy of this order to the Debtor, the attorney for the Debtor(s), and the Trustee.

_____

Paul Baisier
United States Bankruptcy Judge

Dated: November 20, 2025

Form 176

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                    Case No. 25-58223-pmb

Jaleb J Harrison                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                        User: bncadmin                                        Page 1 of 1

Date Rcvd: Nov 20, 2025                     Form ID: 176                                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

**Recip ID                Recipient Name and Address**
db                    +  Jaleb J Harrison, 2245 Wisteria Dr # 338, Snellville, GA 30078-2655

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:**

**Name**                        **Email Address**

Andrew H McCullen
                                on behalf of Debtor Jaleb J Harrison amccullen@semradlaw.com  ganb.courtview@SLFCourtview.com

Matthew Franklin Totten
                                on behalf of Creditor Progress Residential Borrower 20  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Melissa J. Davey
                                mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com

Myles Benjamin-Lee Rouse
                                on behalf of Debtor Jaleb J Harrison mrouse@semradlaw.com  ganb.courtview@SLFCourtview.com

TOTAL: 4