UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:
Jaleb J Harrison                   Case No.: 25-58223
Debtor.                            Chapter 13

**PRO SE MOTION TO DISMISS CHAPTER 13 CASE AS VOID AB INITIO
AND FOR EQUITABLE RELIEF DUE TO EXTREME HARDSHIP**

COMES NOW the Debtor, Jaleb J Harrison ("Debtor"), appearing Pro Se, and respectfully moves this Honorable Court for entry of an Order dismissing the above-captioned Chapter 13 case as void ab initio and granting equitable relief pursuant to 11 U.S.C. §§ 105(a) and 1307. In support thereof, Debtor states as follows:

I. JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1334 and 157.
2. Venue is proper in the Northern District of Georgia.

II. EXTREME HARDSHIP AND EXTRAORDINARY CIRCUMSTANCES

3. At the time of filing, Debtor was experiencing extreme emotional distress, instability, and personal hardship.
4. Debtor suffered death in the family, emotional trauma, housing instability, and financial disruption.
5. These circumstances impaired Debtor's ability to make informed legal or financial decisions.

III. GOOD-FAITH FILING ERROR

6. The Chapter 13 filing was made as a panic response during a moment of crisis.
7. Debtor did not possess the intent, mental clarity, or financial capacity to pursue a viable Chapter 13 repayment plan.
8. No confirmable plan was feasible or intended.

1

9. The filing was not abusive, fraudulent, or manipulative, but a good-faith error.

IV. EQUITABLE RELIEF AND VOID AB INITIO

10. The filing lacked substantive viability from its inception.
11. Continued reporting of this dismissed case causes severe hardship and prevents Debtor from rebuilding financial stability.
12. Equity demands relief where rigid application of procedure results in unjust harm.

V. RELIEF REQUESTED

WHEREFORE, Debtor respectfully requests that this Court:

A. Dismiss the Chapter 13 case as void ab initio;
B. Enter an Order recognizing the filing as a good-faith error caused by extreme hardship;
C. Grant such other and further relief as the Court deems just and proper.


Respectfully submitted,

Jaleb J Harrison, Pro Se
2245 Wisteria Drive, 338
Snellville GA 30078
470-316-5471
Jalebjharrison@gmail.com

2