

**IT IS ORDERED as set forth below:**

**Date: February 9, 2026**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| In re: | CASE NUMBER: |
| **JALEB J. HARRISON,** | **25-58223-PMB** |
| Debtor. | CHAPTER 13 |

### ORDER DENYING MOTION TO EXPUNGE
### BANKRUPTCY CASE FROM PUBLIC RECORDS

Before the Court is the *Pro Se Motion to Dismiss Chapter 13 Case as Void Ab Initio and for Equitable Relief Due to Extreme Hardship* filed by the above-named Debtor (the "Debtor") on February 4, 2026 (Docket No. 24)(the "Motion"). In the Motion, the Debtor seeks to void and expunge the above-captioned Chapter 13 bankruptcy case (No. 25-58223-PMB)(the "Case") from the public records and obtain an order recognizing this filing as a good faith error based on extreme hardship. For the reasons set forth below, the Motion is denied.[1]

In support of the Motion, the Debtor states that at the time of filing, he was experiencing extreme emotional distress, instability, and personal hardship. This condition was due to

_____

[1] The Case was filed on July 23, 2025, dismissed on August 21, 2025, and closed on November 20, 2025.

confluence of factors including a death in the family, emotional trauma, housing instability, and financial disruption. The Debtor further states that he did not possess the intent, mental clarity, or financial capacity to pursue a viable Chapter 13 repayment plan. The Debtor adds that the filing was not abusive, fraudulent, or manipulative, but a good faith error on his part.

### Discussion

As an initial observation, "[t]here is a strong presumption in favor of public access to bankruptcy proceedings" and a "debtor's affairs are an open book." *In re Alterra Healthcare Corp.*, 353 B.R. 66, 73 (Bankr. D. Del. 2006); *accord*, *In re Wyatt*, 368 B.R. 99, 101-02 (Bankr. D. N.H. 2007)("[a]s a matter of public policy, a bankruptcy court's dockets are open to the public"). This policy of open inspection is fundamental to the operation of the bankruptcy system and is the best means of avoiding any suggestion of impropriety that might or could be raised. *See, e.g., In re Bell & Beckwith*, 44 B.R. 661, 664 (Bankr. N.D. Ohio 1984). In addition, the right of public access "is of special importance in the bankruptcy arena, as unrestricted access to judicial records fosters confidence among creditors regarding the fairness of the bankruptcy system." *In re Gitto Glob. Corp.*, 422 F.3d 1, 7 (1st Cir. 2005). Under 11 U.S.C. § 107(a) of the Bankruptcy Code, the public's right to access all papers filed in bankruptcy court proceedings is codified and provides, with limited exceptions, that "a paper filed in a case under this title and the dockets of a bankruptcy court are public records and open to examination by an entity at reasonable times without charge." 11 U.S.C. § 107(a).

"[T]he purpose of [expunging the record] is to protect the legal rights of [a] debtor, and the remedy is available only in certain extraordinary circumstances, such as when a debtor did not authorize the filing of a bankruptcy purportedly made on [debtor's] behalf." *In re T.H.*, 529 B.R. 112, 134–35 (Bankr. E.D. Va. 2015). Most courts that have expunged a case generally draw upon

Sections 105 and 107 of the Code; and typically involve a bankruptcy filing caused either by error or because of fraud. *See, e.g., In re Mangum*, 2012 WL 2153788, at *2-3 (Bankr. E.D.N.C. June 13, 2012)(ordering records of bankruptcy filed in debtor's name by non-debtor spouse and without debtor's knowledge or authority be expunged; and directing the credit reporting agencies to expunge case from their records); *In re Storay*, 364 B.R. 194, 196-97 (Bankr. D. S.C. 2006) (granting debtors' request that a case be expunged because debtors' attorney filed bankruptcy petition without debtors' express authorization). Conversely, courts that have considered whether a debtor's bankruptcy may be expunged have found that such a remedy was not appropriate where a debtor knowingly filed the petition. *See In re Khan*, 2013 WL 6645436, at *2 (B.A.P. 9th Cir. Dec. 17, 2013); *In re Duque*, 2016 WL 4239608, at *1 (Bankr. M.D. Fla. Aug. 8, 2016); *In re Frederick*, 2016 WL 597201, at *2 (Bankr. E.D.N.C. Feb. 12, 2016); *In re Scholz*, 2010 WL 1257826, at *1 (Bankr. D.D.C. Mar. 26, 2010).

That is the case here—the Debtor does not allege that the filing was unintentional or unauthorized. Instead, the Debtor seeks to have the Case declared void ab initio and expunged from the public record. The Court does not question the Debtor's allegation that he filed the Case "as a panic response during a moment of crisis." Unfortunately, such circumstance does not change the fact that the Debtor knowingly and intentionally filed this Case to obtain the legal benefits offered by Chapter 13.[2]

The Debtor's Motion seeks to expunge or otherwise remove the Case from his records because continued reporting "causes severe hardship and prevents Debtor from rebuilding

---

[2] The Debtor has also failed to meet his burden in showing that the Case should be expunged under Sections 107(b)(2) or (c)(1) of the Code. Under Section 107(b)(2), a bankruptcy court may enter a sealing order to "protect a person with respect to scandalous or defamatory matter contained in a paper filed" in a bankruptcy case. Section 107(c)(1) of the Code authorizes the bankruptcy court to enter a seal order to protect personal information if such information "would create an undue risk of identity theft or unlawful injury to the individual or the individual's property." Neither of those conditions are present here.

3

financial stability," presumably because its existence adversely affects his credit. The Debtor, however, has made no showing that the alleged statements in the papers filed in the Case are untrue, potentially untrue, irrelevant, or made with an improper purpose. The Motion also does not allege that the Debtor has been defamed or is at risk of identity theft.

<u>**Conclusion**</u>

Accordingly, and after carefully reviewing Debtor's Motion and the record, although the Court is understandably sympathetic to his predicament, the Court finds that relief under Section 107 is inappropriate on these facts.

For the above reasons, it is

**ORDERED** that the Motion is **DENIED.**

The Clerk's Office is hereby directed to serve a copy of this Order upon the Debtor, the Chapter 13 Trustee, and all creditors on the mailing matrix.

**[END OF DOCUMENT]**

4

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                    Case No. 25-58223-pmb

Jaleb J Harrison                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                          User: bncadmin                                    Page 1 of 4

Date Rcvd: Feb 10, 2026                   Form ID: pdf403                             Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaleb J Harrison, 2245 Wisteria Dr # 338, Snellville, GA 30078-3798 |
| cr | + | Progress Residential Borrower 20, LLC, The Totten Firm, 2090 Dunwoody Club Dr, Suite 106-33, Atlanta, GA 30350 UNITED STATES 30350-5434 |
| 25382781 | + | Acima, 9815 S. Monroe Street, Sandy, UT 84070-4296 |
| 25382779 | + | Atlanta Title Loans, 7197 Tara Blvd, Jonesboro, GA 30236-1825 |
| 25382788 | + | Banfield, 1801 Howell Mill Rd Nw, Atlanta, GA 30318-0912 |
| 25382783 | + | FOX ROTHSCHILD FOR BRENDA POTTS CENTRAL MUTUAL INS, 101 N. TRYON STREET, SUITE 1300, Charlotte, NC 28246-0109 |
| 25382790 | + | Goodson, Shana, 2245 Wisteria Dr, Snellville, GA 30078-2655 |
| 25382787 | | Xfinity Comcast, P.O. Box 702199, Philadelphia, PA 19176 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Feb 10 2026 20:27:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 25468529 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2026 20:34:40 | AT & T Enterprise aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25498112 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2026 20:34:17 | AT & T Mobility, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25382785 | ^ | MEBN | Feb 10 2026 20:22:56 | ATT, PO Box 57547, Jacksonville, FL 32241-7547 |
| 25382782 | + | Email/Text: smacknowski@msscuso.com | Feb 10 2026 20:28:00 | Aspire Federal Cu, 67 Walnut Avenue, Suite 401, Clark, NJ 07066-1696 |
| 25382769 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Feb 10 2026 20:27:00 | Bank Of America, PO Box 982284, El Paso, TX 79998-2284 |
| 25382770 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2026 20:34:30 | Best Buy/Cbna, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 25385923 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 10 2026 20:26:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 25382762 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2026 20:34:35 | Capital One, PO Box 85064, Glen Allen, VA 23058 |
| 25391807 | | Email/Text: mrdiscen@discover.com | Feb 10 2026 20:26:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 25382761 | + | Email/Text: mrdiscen@discover.com | Feb 10 2026 20:26:00 | DISCOVERC, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |

| | | | | |
|---|---|---|---|---|
| 25382751 | + | Email/Text: TAX-CTS-Southern.BankruptcyMail@usdoj.gov | Feb 10 2026 20:26:00 | Department Of Justice, Tax Division, 75 Ted Turner Drive Sw, Civil Trial Section, Southern, Atlanta, GA 30303-3315 |
| 25382757 | + | Email/Text: EBN@edfinancial.com | Feb 10 2026 20:26:00 | Edfinancial Services L, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 25382764 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 10 2026 20:34:25 | Exeter Finance Llc, 4515 N Santa Fe Ave Dept Aps, Oklahoma City, OK 73118-7901 |
| 25382771 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 10 2026 20:28:00 | First Premier Bank, PO Box 7999, c/o Stephen Dirksen, Saint Cloud, MN 56302-7999 |
| 25382776 | | Email/Text: brnotices@dor.ga.gov | Feb 10 2026 20:27:00 | Georgia Department Of Revenue, 1800 Century Blvd NE Ste 9100, c/o J. Ho, Atlanta, GA 30345 |
| 25388962 | | Email/Text: brnotices@dor.ga.gov | Feb 10 2026 20:27:00 | Georgia Department of Revenue, Compliance Division/Attention-Bankruptcy, 2595 Century Pkwy N.E Ste 339, Atlanta, Georgia 30345 |
| 25382784 | + | Email/Text: G2GPCCU@southernco.com | Feb 10 2026 20:28:00 | Georgia Power, PO BOX 105537, Atlanta, GA 30348-5537 |
| 25382759 | | Email/Text: HHEBN@harriscollect.com | Feb 10 2026 20:27:00 | Harris & Harris Ltd, 222 Merchandise Mart Plaza, Suite 1900, Chicago, IL 60654 |
| 25382778 | + | Email/Text: bankruptcy@holidayinnclub.com | Feb 10 2026 20:26:00 | Holiday Inn Club Vacat, 8505 W IRLO BRONSON MEMO, KISSIMMEE, FL 34747-8217 |
| 25382760 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 10 2026 20:26:00 | I.c. System, Inc, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 25382775 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 10 2026 20:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 25382758 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 10 2026 20:28:00 | JEFFERSON CAPITAL SYST, 16 MCLELAND RD, SAINT CLOUD, MN 56303 |
| 25382772 | + | Email/Text: bankruptcy@kikoff.com | Feb 10 2026 20:26:00 | KIKOFF LENDING LLC, PO BOX 40070, RENO, NV 89504-4070 |
| 25382765 | + | Email/Text: bankruptcy@moneylion.com | Feb 10 2026 20:28:00 | MONEYLION INC, PO BOX 1547, SANDY, UT 84091-1547 |
| 25382773 | | Email/Text: connectcommunications@mrvbanks.com | Feb 10 2026 20:26:00 | REVVI/MRV BANKS/VT, P.O. Box 26707, Salt Lake City, UT 84126 |
| 25382789 | ^ | MEBN | Feb 10 2026 20:21:51 | Navy Federal Cr Union, 2470 Briarcliff Rd Ne, #43, Atlanta, GA 30329-3012 |
| 25382755 | | Email/Text: bankruptcy@law.ga.gov | Feb 10 2026 20:26:00 | Office Of The Attorney General - Atl, 40 Capitol Square, SW, Atlanta, GA 30334 |
| 25382754 | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Feb 10 2026 20:27:00 | Office Of The United States Trustee, 75 Ted Turner Dr Sw, Atlanta, GA 30303-3315 |
| 25382780 | + | Email/Text: bknotices@progressresidential.com | Feb 10 2026 20:28:00 | Progress Residential, 1125 W Pinnacle Peak Rd, Suite 138, Phoenix, AZ 85027-1393 |
| 25382766 | | Email/Text: bankruptcy@self.inc | Feb 10 2026 20:26:00 | SELF FINANCIAL/LEAD BA, 901 E. 6TH STREET SUITE #400, Austin, TX 78702 |
| 25382753 | ^ | MEBN | Feb 10 2026 20:22:46 | Special Assistant U.S. Attorney, 401 W. Peachtree Street, NW, STOP 1000-D, Atlanta, GA 30308 |
| 25382774 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 10 2026 20:34:33 | Syncb/Ntwk, PO BOX 276, DAYTON, OH 45401-0276 |
| 25382786 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Feb 10 2026 20:34:21 | T-Mobile Usa, P.O. Box 742596, Cincinnati, OH 45274 |
| 25400481 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2026 20:34:18 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

District/off: 113E-9                          User: bncadmin                                    Page 3 of 4
Date Rcvd: Feb 10, 2026                       Form ID: pdf403                                    Total Noticed: 52

| | | | |
|---|---|---|---|
| 25382763 | ^ MEBN | Feb 10 2026 20:23:00 | TELECOM SELFREPORTED, PO BOX 4500, ALLEN, TX 75013-1311 |
| 25382767 | Email/Text: collections@transformcredit.com | Feb 10 2026 20:26:00 | Transform Credit Inc, 220 N GREEN ST STE 5019, CHICAGO, IL 60607 |
| 25382768 | + Email/Text: UpStart@ebn.phinsolutions.com | Feb 10 2026 20:27:00 | UPSTART NETWORK INC/F, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 25410644 | + Email/Text: EBN@edfinancial.com | Feb 10 2026 20:26:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 25384041 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Feb 10 2026 20:27:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25382777 | + Email/Text: bankruptcynotice@westlakefinancial.com | Feb 10 2026 20:28:00 | WESTLAKE FINANCIAL SVC, 4751 WILSHIRE BLVD STE 1, LOS ANGELES, CA 90010-3847 |
| 25421180 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2026 20:34:17 | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |
| 25382756 | + Email/Text: bk@worldacceptance.com | Feb 10 2026 20:28:00 | World Finance, 20660 Caton Farm Rd, Crest Hill, IL 60403-1201 |
| 25426540 | + Email/Text: bk@worldacceptance.com | Feb 10 2026 20:28:00 | World Finance Company of Georgia, LLC, c/o World Acceptance Corp., Attn: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25382752 | * | Internal Revenue Service - Atl, 401 West Peachtree St NW Room 1665, ATTN: Ella Johnson, M/S 334-D, Atlanta, GA 30308 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew H McCullen | on behalf of Debtor Jaleb J Harrison amccullen@semradlaw.com  ganb.courtview@SLFCourtview.com |
| Matthew Franklin Totten | |

on behalf of Creditor Progress Residential Borrower 20  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Melissa J. Davey

mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com

Myles Benjamin-Lee Rouse

on behalf of Debtor Jaleb J Harrison mrouse@semradlaw.com  ganb.courtview@SLFCourtview.com

TOTAL: 4